IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 AUG 19 PM 4:21
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR176 |
| vs. | INDICTMENT |
| CESAR MEZA-MARTA, | 8 U.S.C. §§ 1326(a) & (b)(2) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about July 26, 2025, in the District of Nebraska, the defendant, CESAR MEZA-MARTA, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, CESAR MEZA-MARTA, was excluded, deported, and removed from the United States subsequent to September 13, 1993, and September 5, 2014.

In violation of Title 8, United States Code, Section 1326(a) & (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney

1